# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto or.

**VA 120-368**

**August 18, 2017**



Acting United States Register of Copyrights and Director

L-731 - 10/2016

• *Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
• *Follow detailed instructions attached*     • *Sign the form at line 8*

Page 1 of 2 pages

**(Coiled Tangle-17 sections VA)**     **(Zaw26c17.Sec)**

**FORM VA**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA   120-368

VA            VAU

EFFECTIVE DATE OF REGISTRATION

2 NOV 1982

(Month)        (Day)        (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**① Title**

TITLE OF THIS WORK:

Coiled Tangle (17 sections)

NATURE OF THIS WORK: (See instructions)

Sculpture

Previous or Alternative Titles

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work

Vol.    No.    Date    Pages

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: Richard E. Zawitz

Was this author's contribution to the work a "work made for hire"?    Yes ___    No X

DATES OF BIRTH AND DEATH:

Born 1946    Died ____
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of {Name of Country} U.S.A.    or    Domiciled in {Name of Country} U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?    Yes ___    No ___
Pseudonymous?    Yes ___    No ___

If the answer to either of these questions is "Yes" see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Work

2
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes ___    No ___

DATES OF BIRTH AND DEATH:

Born ____    Died ____
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of {Name of Country} ____    or    Domiciled in {Name of Country} ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?    Yes ___    No ___
Pseudonymous?    Yes ___    No ___

If the answer to either of these questions is "Yes" see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

3
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes ___    No ___

DATES OF BIRTH AND DEATH:

Born ____    Died ____
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of {Name of Country} ____    or    Domiciled in {Name of Country} ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?    Yes ___    No ___
Pseudonymous?    Yes ___    No ___

If the answer to either of these questions is "Yes" see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1982

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date *31 August 1982
(Month)        (Day)        (Year)

Nation U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Richard E. Zawitz
505 Fifth Street
San Francisco, CA 94107

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

(Coiled Tangle—17 sections VA)          (Zaw26c17.Sec)



LIBRARY OF CONGRESS

*Copyright Office
of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that a claim to copyright a work identified as **COILED TANGLE (17 SECTIONS)** was registered under number **VA 120-368**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY ALSO,** that the attached is an additional certificate for this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on August 18, 2017.

Karyn Temple Claggett
Acting United States Register of Copyrights and Director

By: Veronica Patten
    Supervisory Copyright Specialist
    Records Research and Certification Section
    Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

*Added by CO with authority of Paul
Hentzel, Esq., telephone 18 March 1983.

| | |
|---|---|
| EXAMINED BY | APPLICATION RECEIVED |
| CHECKED BY | 02 NOV 1982 |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED 2 NOV 1982 |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE 32735 NOV 282 |

VA 120-368

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes YES No

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application

- If your answer is "Yes," give: Previous Registration Number see line 6    Year of Registration 1981

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates.)
Registration Numbers VAU 35-387, VAU 35-388
VAU 35-389, VAU 35-390
VAU 35-391, VAU 35-392

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
This work is a 17 section coiled version
of the kinetic sculpture of the above Registrations.

**6** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name      Paul Hentzel
Address   441 Nevada Avenue
          Palo Alto, Ca. 95301   (Apt.)

(City)          (State)          (ZIP)

**7** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☒ author ☐ other copyright claimant ☐ owner of exclusive rights ☐ authorized agent of
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)

Typed or printed name   Richard E. Zawitz    Date 10/28/82.

**8** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Paul Hentzel    (Name)

441 Nevada Avenue    (Number Street Apartment Number)

Palo Alto, Ca. 95901    (ZIP code)

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate

* 17 U.S.C. § 506(e) FALSE REPRESENTATION – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/4    Jan. 1978—300,000

(Coiled Tangle-17 sections VA)    (Zaw26 c17 .Sec)







*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that on April 9, 2003 a claim to copyright a work identified as **ZAWITZ TANGLE ORNAMENTAL (FLAT-SIDED) KINETIC SCULPTURE** was registered under number **VA 1-232-933**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERIFY ALSO,** that the attached is an additional certificate for this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on August 18, 2017.

Karyn Temple Claggett
Acting United States Register of Copyrights and Director

By:      Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RF

**VA 1-232-933**

*VA0001232933*

EF  April 9 2003
    Month  Day  Year



---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**
Zawitz Tangle Ornamental (Flat-sided) sculpture

kinetic **NATURE OF THIS WORK ▼** See instructions
sculpture

**Previous or Alternative Titles ▼**
Flat Tangle

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Richard E Zawitz

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1946    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ U S A
     Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es).**See instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
     Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es).**See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

## 3

**a** Year in Which Creation of This Work Was Completed
2003 Year **This Information must be given Year in all cases.**

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month Feb  Day 16  Year 2003
U S A
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Richard E Zawitz
365 Moncada Way
San Francisco, CA 94127

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 0 9 2002  NOV 28 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
APR 0 9 2002
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

| EXAMINED BY | _(signature)_ | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☑ | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼
                                                                          1981, 1982

VAu 35-387      VAu 35-391
VAu 35-390      VA 120-368
VAu 35-389
VAu 35-392
VAu 35-388

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

   All design elements not listed below

**6**
**a**

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   Some of the overall sculptural arrangements are entirely new and some are based on preexisting work

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  Townsend and Townsend and Crew LLP      Account Number ▼  DAO 13986

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

   Lesley S Craig
   Townsend and Townsend and Crew LLP
   1200 17th Street, Suite 2700,
   Denver, CO  80202

Area code and daytime telephone number   (303) 571-4000      Fax number   (303) 571-4321

Email

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Richard E. Zawitz
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

   Lesley S Craig                                      Date  3-17-07

Handwritten signature (X) ▼

x  _(signature)_

| | |
|---|---|
| Certificate will be mailed in window envelope to this address | Name ▼  Lesley S Craig  Townsend and Townsend and Crew LLP |
| | Number/Street/Apt ▼  Two Embarcadero Center, 8th Floor |
| | City/State/ZIP ▼  San Francisco, CA  94111 |

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C  20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev June 2002—20 000   Web Rev June 2002   ♻ Printed on recycled paper          U S Government Printing Office 2000-461 113/20 021

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that on July 20, 2004 a claim to copyright a work identified as **TANGLE THERAPY KINETIC SCULPTURE** was registered under number **VA 1-271-045**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERIFY ALSO,** that the attached is an additional certificate for this work.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on August 18, 2017.

Karyn Temple Claggett
Acting United States Register of Copyrights and Director

By:       Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Leigh Clayett*

Acting United States Register of Copyrights and Director

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE

**VA 1-271-045**

EF

VA 1271045

**EFFECTIVE DATE OF REGISTRATION**

**JUL 2 0 2004**
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Tangle Therapy Kinetic Sculpture

**NATURE OF THIS WORK ▼** See Instructions

sculpture

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

## 2

**NOTE**

Under the law
the author of
a work made
for hire is
generally the
employer not
the employee
(see Instruc-
tions) For any
part of this
work that was
made for hire
check Yes in
the space
provided give
the employer
(or other
person for
whom the work
was prepared)
as Author of
that part and
leave the
space for dates
of birth and
death blank

**a** NAME OF AUTHOR ▼

Richard E Zawitz

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1946

Was this contribution to the work a
"work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR {  Citizen of _____ USA
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either
of these questions is
"Yes  see detailed
Instructions.

**Nature of Authorship** Check appropriate box(es)  **See Instructions**
☒ 3 Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR {  Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes  see detailed
Instructions.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

## 3

**a** Year In Which Creation of This Work Was
Completed
2004
This Information
must be given
Year  in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this Information
ONLY if this work
has been published.
Month June   Day 21   Year 2004
USA
Nation

## 4

See Instructions
before completing
this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Richard Zawitz
212 Michelle Court
South San Francisco, CA  94080

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 2 0 2004
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUL 2 0 2004

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

FORM VA

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

VAu 35-387          VAu 35-391
VAu 35-390          VA 120-368
VAu 35-389          VA 1-232-933
VAu 35-392
VAu 35-388

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

    All design elements not listed below

b  Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

    Some of the overall sculptural arrangements are entirely new and some are based
    on preexisting work

**6**

a

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.

Name ▼                                          Account Number ▼

Townsend and Townsend and Crew LLP          DAO 13986

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Lesley S  Craig
Townsend and Townsend and Crew LLP
1200 17th Street, Suite 2700
Denver, CO  80202

Area code and daytime telephone number  ( 303 ) 571-4000          Fax number  ( 303 ) 571-4321

Email  lscraig@townsend com

**7**

a

b

**CERTIFICATION\*** I, the undersigned hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Richard E  Zawitz
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Lesley S  Craig                                          Date  7-13-2004

Handwritten signature (X) ▼

x  Lesley S Craig

**8**

**Certificate
will be
mailed in
window
envelope
to this
address**

Name ▼  Lesley S  Craig
         Townsend and Townsend and Crew LLP

Number/Street/Apt ▼
         1200 17th Street, Suite 2700

City/State/ZIP ▼
         Denver, CO  80202

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   ℗ Printed on recycled paper          U S Government Printing Office  2003-496-605/60 029



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **ZAWITZ TANGLE ORNAMENTAL SCULPTURE NO. IV** deposited in the Copyright Office with claim of copyright registered under number **VAu 35-392**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on October 18, 2017.

Karen Temple Claggett
Acting United States Register of Copyrights and Director



By:    Veronica Patten
       Supervisory Copyright Specialist
       Records Research and Certifications Section
       Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. IV
Class VA

VAu

docket zawl4zaw.tan

35-392



docket 2awl4zaw.tan
Sculpture No. IV (front view)

DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. IV
Class VA

docket zawl4zaw.tan



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **ZAWITZ TANGLE ORNAMENTAL SCULPTURE NO. VI** deposited in the Copyright Office with claim of copyright registered under number **VAu 35-391**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on October 18, 2017.



Karen Temple Claggett
Acting United States Register of Copyrights and Director

By:    Veronica Patten
Supervisory Copyright Specialist
Records Research and Certifications Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. VI
Class VA

docket zaw16zaw.tan

VAu

35-391



DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. VI
Class VA

docket Zaw16zaw.tan



DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. VI
Class VA

docket Zaw16zaw.tan



DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. VI
Class VA

docket Zaw16zaw.tan



*LIBRARY OF CONGRESS*

## Copyright Office
### of the United States

*WASHINGTON, D.C.*

  **THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **ZAWITZ TANGLE ORNAMENTAL SCULPTURE NO. II** deposited in the Copyright Office with claim of copyright registered under number **VAu 35-390**.

  **THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

  **IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on October 18, 2017.

<div style="margin-left:40%">

Karen Temple Claggett
Acting United States Register of Copyrights and Director

</div>



By:  Veronica Patten
   Supervisory Copyright Specialist
   Records Research and Certifications Section
   Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. II
Class VA

docket Zawl2zaw.tan



DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. II
Class VA

docket Zawl2zaw.tan

LIBRARY OF CONGRESS
COPYRIGHT
DEPOSIT

35-390

VAu



DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. II
Class VA

docket Zawl2zaw.tan



DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. II
Class VA

docket Zawl2zaw.tan

LIBRARY OF CONGRESS
COPYRIGHT
DEPOSIT

35-390

VAu

*LIBRARY OF CONGRESS*

## Copyright Office
## of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **ZAWITZ TANGLE ORNAMENTAL SCULPTURE NO. III** deposited in the Copyright Office with claim of copyright registered under number **VAu 35-389**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on October 18, 2017.

Karen Temple Claggett
Acting United States Register of Copyrights and Director

By:    Veronica Patten
Supervisory Copyright Specialist
Records Research and Certifications Section
Office of Public Records and Repositories



Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



docket Zawl3zaw.tan
Sculpture No. III (front view)

DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. III
Class VA

docket Zaw13 zaw.tan





DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. III
Class VA

docket zawl3zaw.tan

LIBRARY OF CONGRESS COPYRIGHT

VAu

35-389



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **ZAWITZ TANGLE ORNAMENTAL SCULPTURE NO. V** deposited in the Copyright Office with claim of copyright registered under number **VAu 35-388**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on October 18, 2017.

Karen Temple Claggett
Acting United States Register of Copyrights and Director

*Veronica Patten.*

By:   Veronica Patten
Supervisory Copyright Specialist
Records Research and Certifications Section
Office of Public Records and Repositories



Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



docket 2aw15zaw:tan
Sculpture No. V (front view)

DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
    application of
    Richard E. Zawitz
Title Sculpture No. V
Class VA

docket Zaw15zaw.tan



docket 2aw15zaw. tan
Sculpture No. V (side view)

LIBRARY OF COPYRIGHT

VAu

35-388

DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. V
Class VA

docket Zawl5zaw.tan

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **ZAWITZ TANGLE ORNAMENTAL SCULPTURE NO. I** deposited in the Copyright Office with claim of copyright registered under number **VAu 35-387**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on October 18, 2017.

Karen Temple Claggett
Acting United States Register of Copyrights and Director



By:    Veronica Patten
Supervisory Copyright Specialist
Records Research and Certifications Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



docket Zawllzaw. tan
Sculpture No. I (side view)

VAu    35-387

COPYRIGHT

DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. I
Class VA

docket zaw11zaw.tan



docket zawllzaw.tan
Sculpture No. 1 (front view)

DEPOSIT OF BEST EDITION WITH
REGISTER OF COPYRIGHTS

in the matter of the copyright
application of
Richard E. Zawitz
Title Sculpture No. I
Class VA

docket Zawllzaw.tan