**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-cv-21068-JB**

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.

_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

**THIS CAUSE** comes before the Court on Plaintiff Tangle Inc's Motion for Entry of Final Default Judgment (the "Motion"), ECF No. [64]. The Court granted the Motion in a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby enters this separate final judgment.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Final Default Judgment is hereby **ENTERED** in favor of Plaintiff, TANGLE INC., ("TANGLE" or "Plaintiff"), and against the Defaulting Defendant Individuals, Partnerships, or Unincorporated Associations identified on Schedule A hereto (collectively, "Defaulting Defendants") as follows:

    (1)    Permanent Injunctive Relief:

Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

    a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing Plaintiff's trademarks, or any confusingly similar trademark identified in Paragraph 1 of the Complaint (the "TANGLE Trademark", ECF No. [1];

    b. using any reproduction, counterfeit, copy, derivative, or colorable imitation of the Copyrights identified in Paragraph 1 of the Complaint (the "TANGLE Copyrights"), ECF No. [1];

    c. using the TANGLE Trademark or Copyrights in connection with the sale of any unauthorized goods;

    d. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

    e. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

    f. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiff;

    g. using any reproduction, counterfeit, copy, or colorable imitation of the TANGLE Trademark or Copyrights in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

    h. affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiff or in any way endorsed by Plaintiff;

    i. otherwise unfairly competing with Plaintiff;

    j. using the TANGLE Trademark or Copyrights, or any

        confusingly similar trademarks or works on e-commerce marketplace sites, domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to e-commerce stores, websites, and/or Internet businesses registered, owned, or operated by Defendants; and

    k.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2)    Additional Equitable Relief:

    a.    Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Internet based e-commerce stores operating under the seller identification names identified on Schedule "A" hereto (the "Seller IDs"), including but not limited to Alibaba, AliExpress, Amazon, DHGate, eBay, Etsy, Shein, and Walmart, shall permanently remove any and all listings and associated images of goods bearing counterfeits and/or infringements of the TANGLE Trademark and Copyrights via the e-commerce stores operating under the Seller IDs, and any other listings and images of goods bearing counterfeits and/or infringements of the TANGLE Trademark and Copyrights associated with the same sellers or linked to any other alias seller identification names or e-commerce stores being used and/or controlled by Defendants to promote, offer for sale and/or sell goods bearing counterfeits and/or infringements of the TANGLE Trademark and Copyrights; and

    b.    Upon Plaintiff's request, any Internet marketplace website operator and/or administrator who is in possession, custody, or control of Defendants' goods bearing one or more of the TANGLE Trademark and Copyrights, including but not limited to Alibaba.com, Hong Kong Limited, which operates the AliExpress.com platform, Amazon.com, DHgate.com, eBay Inc., Shein.com, Walmart.com, and Wish US Holdings, LLC, which operates the Wish.com platform, shall permanently cease fulfillment of and sequester those goods, and surrender the same to Plaintiff.

  (3) Statutory damages in favor of Plaintiff pursuant to 15 U.S.C. § 1117(c):

    a. Award Plaintiff damages of $200,000.00 against each Defendant against whom Plaintiff has brought a trademark infringement claim, for which let execution issue, based upon the Court's finding that Defendants infringed at least one trademark on one type of good. The Court considered both the willfulness of Defendants' conduct and the deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c).

  (4) Statutory damages in favor of Plaintiff pursuant to 17 U.S.C. § 504:

    a. Award Plaintiff damages of $150,000.00 against each Defendant against whom Plaintiff has brought a copyright infringement claim, for which let execution issue, based upon the Court's finding that Defendants willfully infringed Plaintiff's Copyrights under 17 U.S.C. § 504(c). The allegations in the Complaint, which are taken as true, establish that Defaulting Defendants intentionally infringed on Plaintiff's Copyrights for the purpose of advertising, marketing, and selling their products not authorized, endorsed or approved by Plaintiff. This award is within the statutory range for a willful violation, and is sufficient to compensate Plaintiff, punish Defaulting Defendants, and deter Defaulting Defendants and others from continuing to infringe on Plaintiffs' copyrights.

  (5) All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba.com, AliExpress.com, Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Amazon.com, Worldpay US, Inc. ("Worldpay"), Dunhuang Group, which operates the DHgate.com and DHPay.com platforms, eBay.com, Etsy.com, SIA Joom, which operates the Joom.com platform ("Joom"), Walmart.com, Wish, PayPal, Inc. ("PayPal"), Payoneer, PingPong,

LianLian, OFX, and their related companies and affiliates, are to be immediately (within 5 business days) transferred by the previously referred to financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms and by Defendant, to Plaintiff and/or Plaintiff's counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to Alibaba, AliExpress, Alipay, DHgate, Joom, Wish, Wishpay, Amazon, Amazon Pay, eBay, Etsy, Walmart, PayPal, Payoneer, PingPong, LianLian, OFX, and/or their related companies and affiliates, shall provide to Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to Plaintiff.

(6)   Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(7)   The bond posted by Plaintiff in the amount of $5,000.00 is hereby ordered released by the Clerk.

(8)   The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

**DONE AND ORDERED** in Miami, Florida, this 29th day of July, 2025.

_____
**JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE**

| DOE No. | Defendant Seller | Defendant Marketplace | Damages Awarded |
|---|---|---|---|
| 1.0 | Anqing Xifang Trading Co., Ltd. | https://aqxfmy.en.alibaba.com/index.html?spm=a2700.details.0.0.228b26aay3HMEP&from=detail&productId=1601250854343 | $150,000.00 |
| 2.0 | Dongguan Yisuntex E-Commerce Co., Ltd. | https://www.alibaba.com/picture/search.htm?imageType=oss&escapeQp=true&imageAddress=%2Ficbuimgsearch%2FimageBase64_1735280414199_288.jpeg%40%40oss_sh&sourceFrom=imageupload&uploadType=pasteImg&SearchScene=the-new-header%40%40FY23SearchBar&spm=a2700.picsearch | $150,000.00 |
| 3.0 | Dongyang Kaishan Network Technology Co., Ltd. | https://dongyangkaishan.en.alibaba.com/contactinfo.html | $150,000.00 |
| 4.0 | Guangzhou Baiyite Technology Co., Ltd. | https://allbuyit.en.alibaba.com/contactinfo.html | $150,000.00 |
| 6.0 | Meizhou Lihui Industry and Trade Co., Ltd | https://xnlh.en.alibaba.com/contactinfo.html | $150,000.00 |
| 7.0 | Ningbo Cbl Imp & Exp Co., Ltd. | https://cbltoys.en.alibaba.com/index.html?spm=a2700.details.0.0.5d305ea4zL1w1d&from=detail&productId=1601360999088 | $150,000.00 |
| 8.0 | Qingdao Elonna Industry And Trade Co., Ltd. | https://cnelonna.en.alibaba.com/index.html?spm=a2700.details.0.0.65ce70ccpB5dkt&from=detail&productId=1601196672623 | $150,000.00 |

| 9.0 | Shangcheng County Haibaoda Trading Co., Ltd. | https://haibaoda.en.alibaba.com/index.html?spm=a2700.details.0.0.6d50345ecvxO9A&from=detail&productId=1601274430764 | $150,000.00 |
|---|---|---|---|
| 10.0 | Shangrao Actearlier Co., Ltd. | https://actearlier.en.alibaba.com/contactinfo.html | $150,000.00 |
| 11.0 | 41 scientists Store | https://www.aliexpress.com/store/1101832616 | $150,000.00 |
| 12.0 | 8639 BLOCK Store | https://www.aliexpress.com/store/1101923392 | $150,000.00 |
| 13.0 | A new toy Store 2 Store | https://www.aliexpress.com/store/1100186100 | $150,000.00 |
| 14.0 | AUKUK Toy Dropshipping Store | https://www.aliexpress.com/store/1101387084 | $150,000.00 |
| 15.0 | Baby Fun Store Store | https://www.aliexpress.com/store/1101982936 | $150,000.00 |
| 16.0 | China Toy Store | https://www.aliexpress.com/store/1101549472 | $150,000.00 |
| 17.0 | Decompression Toy1 Store | https://www.aliexpress.com/store/1102324038 | $150,000.00 |
| 18.0 | DGFC Children Store | https://www.aliexpress.com/store/1101398278 | $150,000.00 |
| 19.0 | Dropshipping Quality Toy Store | https://www.aliexpress.com/store/1101804643 | $150,000.00 |
| 20.0 | Educational Toy City Store | https://www.aliexpress.com/store/1101824014 | $150,000.00 |

| | | | |
|---|---|---|---|
| 21.0 | fun novelty toys Store | https://www.aliexpress.com/store/1102020677 | $150,000.00 |
| 22.0 | Bhvdfxx | https://www.amazon.com/sp?seller=A1K7E0GKPW3U1I | $150,000.00 |
| 24.0 | chaoyang shop | https://www.amazon.com/sp?seller=A3LO933MQV4OMF | $150,000.00 |
| 25.0 | Chuchik Toys | https://www.amazon.com/sp?seller=A1SZ15X2YKMDO6 | $150,000.00 |
| 27.0 | De gao shang hang | https://www.amazon.com/sp?seller=A2ZEND6AR6JZV2 | $150,000.00 |
| 29.0 | G-L-F Store | https://www.amazon.com/sp?ie=UTF8&seller=AQIUL87S8JADR&asin=B0BV2XRX45&ref_=dp_merchant_link&isAmazonFulfilled=1 | $350,000.00 |
| 32.0 | guyoudianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A3BCV9OES49LLC | $150,000.00 |
| 33.0 | HENXING HELMET | https://www.amazon.com/sp?seller=AS496M0M9KASI | $150,000.00 |
| 34.0 | HighQualcom | https://www.amazon.com/sp?seller=A38LGW1FQ6AEO4 | $150,000.00 |
| 35.0 | hiyoo | https://www.amazon.com/sp?seller=A2GK3F35Q5UFI0 | $350,000.00 |
| 37.0 | huaibeiminjunbaihuoyouxiangongsi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3TYSI2I8JX0RR&asin=B0B2BNK5C5&ref_=dp_merchant_link&isAmazonFulfilled=1 | $150,000.00 |
| 38.0 | Huameng E-commerce Co., Ltd | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AHFZXPFHA92AU&asin=B0CZLKT8JZ&ref_=dp_merchant_link&isAmazonFulfilled=1 | $150,000.00 |
| 39.0 | JiangYongXinUS | https://www.amazon.com/sp?seller=A11GI905DNV7A9 | $350,000.00 |
| 40.0 | junjie-shop | https://www.amazon.com/sp?seller=ACXT1PJ8F8MCI | $150,000.00 |
| 41.0 | KATONICE | https://www.amazon.com/sp?seller=A1OG9F42F86RN3 | $150,000.00 |
| 42.0 | Kunjiao | https://www.amazon.com/sp?seller=A1P6UC8DJU6Z93 | $150,000.00 |

| 43.0 | nqmy | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ANB491A040ZCL&asin=B0DPHVG93Y&ref_=dp_merchant_link&isAmazonFulfilled=1 | $150,000.00 |
|---|---|---|---|
| 44.0 | nxipinglvlintaoshangmaoyouxiango | https://www.amazon.com/sp?seller=A2QP9QKBKFB3PU | $350,000.00 |
| 45.0 | pu tian shi liu qiao ge mao yi you xian gong si | https://www.amazon.com/sp?seller=A2K3IVXXS3CE79 | $150,000.00 |
| 46.0 | QIN MALL | https://www.amazon.com/sp?seller=A1Q8KRLNWUZKX7 | $150,000.00 |
| 47.0 | RunEe | https://www.amazon.com/sp?seller=A3LGXR1CVO8IVJ | $150,000.00 |
| 48.0 | sahrypd | https://www.amazon.com/sp?seller=A37H3WY1P23UR8 | $150,000.00 |
| 49.0 | STRACKER MART | https://www.amazon.com/sp?seller=APLI7V9PQ0UVD | $350,000.00 |
| 51.0 | tianzilong | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A253XTQSUSU3C2&asin=B0BV2YRYNP&ref_=dp_merchant_link | $150,000.00 |
| 52.0 | Yaqin Baihuoshanghang | https://www.amazon.com/sp?seller=A3MGAI31R48BSV | $150,000.00 |
| 53.0 | ybg-yyy | https://www.amazon.com/sp?seller=A120ASRFZB85Y2 | $150,000.00 |
| 55.0 | yunxiaoxianjunyunbaihuodian | https://www.amazon.com/sp?seller=A3K0KQSYXYAFAE | $350,000.00 |
| 56.0 | yuxihongtaqufuchenshangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A70UEMCBHI2WP | $350,000.00 |
| 57.0 | zejundianzishangw | https://www.amazon.com/sp?seller=AXJKU0KLH7OOX | $150,000.00 |

| | | | |
|---|---|---|---|
| | uxiaoshoubu | | |
| 58.0 | zhao---------- | https://www.amazon.com/sp?seller=A3RPRNXLPWK9OW | $150,000.00 |
| 59.0 | Zhi Kang Yun | https://www.amazon.com/sp?seller=AMLMICC7I86MN | $150,000.00 |
| 60.0 | ZKSYRSMYXGS | https://www.amazon.com/sp?seller=A24GPJEW6A2GFO | $150,000.00 |
| 61.0 | zhi08 | https://www.dhgate.com/store/21756526?dspm=pcen.pd.logostore.store.3mO9WGTH2T1GpMVsGwl0&resource_id= | $150,000.00 |
| 63.0 | e-storebb | https://www.ebay.com/usr/e-storebb | $150,000.00 |
| 64.0 | liyihai | https://www.ebay.com/usr/liyihai | $150,000.00 |
| 66.0 | venanco | https://www.ebay.com/usr/venanco | $350,000.00 |
| 67.0 | Tinkand Hark | https://www.etsy.com/shop/TinkandHark | $350,000.00 |
| 68.0 | Dada Toy Store | https://us.shein.com/store/home?store_code=2199333847&type=selection&routeId=1021856434&ici=PageGoodsDetail&main_cate_id=2852&main_goods_id=54966575&rule_poskey=DetailShopItemList&src_identifier=on=store`cn=Dada%20Toy%20Store`hz=0`ps=1_1`jc=thirdPartyStoreHome_2199333847&src_module=DetailBrand&src_tab_page_id=page_goods_detail1739608724367&tab=items | $150,000.00 |
| 69.0 | Hot excellent product | https://us.shein.com/store/home?store_code=5940259703&type=selection&routeId=1022051897&ici=PageGoodsDetail&main_cate_id=3604&main_goods_id=50190590&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DHot%20excellent%20product%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5940259703&src_module=DetailBrand&src_tab_page_id=page_goods_detail1737963260934&tab=items | $150,000.00 |
| 70.0 | wen xin shang hang | https://us.shein.com/store/home?store_code=2956932218&type=selection&routeId=1028768803&ici=PageGoodsDetail&main_cate_id=2852&main_goods_id=48202174&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dwen%20xin%20shang%20hang%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_2956932218&src_module=Detai | $150,000.00 |

11

| | | lBrand&src_tab_page_id=page_goods_detail1739605450379&tab=items | |
|---|---|---|---|
| 71.0 | xingrongbaihuo | https://us.shein.com/store/home?store_code=9003266832&type=selection&routeId=102228960&ici=PageGoodsDetail&main_cate_id=3604&main_goods_id=43153724&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dxingrongbaihuo%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_9003266832&src_module=DetailBrand&src_tab_page_id=page_goods_detail1739608452283&tab=items | $150,000.00 |
| 72.0 | APODESS | https://www.walmart.com/reviews/seller/101232332 | $150,000.00 |
| 74.0 | Ceaopions Co.ltd | https://www.walmart.com/seller/101287266 | $350,000.00 |
| 75.0 | DARSHION | https://www.walmart.com/reviews/seller/101114963 | $350,000.00 |
| 76.0 | DYY-US | https://www.walmart.com/reviews/seller/101181008 | $350,000.00 |
| 77.0 | Ealeh | https://www.walmart.com/seller/101327978 | $150,000.00 |
| 78.0 | Elleryy | https://www.walmart.com/reviews/seller/101303501 | $150,000.00 |
| 79.0 | Fangqinghaofa | https://www.walmart.com/seller/101299354 | $150,000.00 |
| 80.0 | fengzehaohaotian | https://www.walmart.com/global/seller/102493812 | $150,000.00 |
| 81.0 | Fox | https://www.walmart.com/reviews/seller/101263053 | $150,000.00 |
| 82.0 | GlamoreyOline | https://www.walmart.com/global/seller/102500069 | $150,000.00 |
| 83.0 | Housester | https://www.walmart.com/reviews/seller/101246930 | $350,000.00 |
| 84.0 | Indoorella | https://www.walmart.com/seller/101289161 | $150,000.00 |
| 85.0 | Jasmanda | https://www.walmart.com/reviews/seller/101124806 | $150,000.00 |
| 86.0 | JN Co,Ltd | https://www.walmart.com/reviews/seller/101211303 | $150,000.00 |
| 87.0 | Kangaroo | https://www.walmart.com/reviews/seller/101270887 | $350,000.00 |
| 88.0 | lanliyunoutlet | https://www.walmart.com/reviews/seller/101294506 | $150,000.00 |
| 90.0 | Patioaro | https://www.walmart.com/reviews/seller/101268169 | $350,000.00 |

| 93.0 | Qtultex | https://www.walmart.com/reviews/seller/101625960 | $350,000.00 |
|---|---|---|---|
| 94.0 | sanshiguanggao | https://www.walmart.com/global/seller/101653249 | $150,000.00 |
| 96.0 | STORES | https://www.walmart.com/seller/101303377 | $350,000.00 |
| 97.0 | SZS SHOP | https://www.walmart.com/reviews/seller/101241590 | $350,000.00 |
| 98.0 | Tiger | https://www.walmart.com/seller/101273289?itemId=813604628&pageName=item | $150,000.00 |
| 100.0 | Waldaseller Co.ltd | https://www.walmart.com/seller/101231035 | $350,000.00 |
| 101.0 | xiangleileige | https://www.walmart.com/global/seller/102517383 | $150,000.00 |
| 103.0 | YHRY | https://www.walmart.com/reviews/seller/101286232 | $150,000.00 |
| 104.0 | yuuanjak | https://www.walmart.com/reviews/seller/101222124 | $350,000.00 |
| 105.0 | YYECNNG INTL CO, LTD | https://www.walmart.com/reviews/seller/101129221 | $150,000.00 |