# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-21068-JB**

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF A CERTAIN DEFENDANT**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, TANGLE INC., voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 31. | Guangzhou Yinwu Information Technology | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2MIJJLUHCGLRC&asin=B0CPHR6LS8&ref_=dp_merchant_link |

Dated: July 30, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Valeria Munoz*
Valeria Munoz (FL Bar No. 1059554)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8433
vmunoz@bsfllp.com

*Attorney for Plaintiff TANGLE INC.*

1