UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21068-JB

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT OF
DEFENDANTS NOS. 68 AND 71**

WHEREAS a default judgment was entered in the above action on July 29, 2025 [Dkt. 89], in favor of Plaintiff TANGLE INC., ("Plaintiff") and against the Defendants identified in the Schedule A attached thereto; Plaintiff desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants only:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 68.0 | Dada Toy Store | https://us.shein.com/store/home?store_code=2199333847&type=selection&routeId=1021856434&ici=PageGoodsDetail&main_cate_id=2852&main_goods_id=54966575&rule_poskey=DetailShopItemList&src_identifier=on=store`cn=Dada%20Toy%20Store`hz=0`ps=1_1`jc=thirdPartyStoreHome_2199333847&src_module=DetailBrand&src_tab_page_id=page_goods_detail1739608724367&tab=items |
| 71.0 | xingrongbaihuo | https://us.shein.com/store/home?store_code=9003266832&type=selection&routeId=102228960&ici=PageGoodsDetail&main_cate_id=3604&main_goods_id=43153724&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dxingrongbaihuo%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_9003266832&src_module=DetailBrand&src_tab_page_id=page_goods_detail1739608452283&tab=items |

Dated: July 30, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Valeria Munoz*
Valeria Munoz (FL Bar No. 1059554)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8433
vmunoz@bsfllp.com

*Attorney for Plaintiff TANGLE INC*