UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-21068-JB

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## PLAINTIFF'S MOTION FOR RETURN OF BOND

PLEASE TAKE NOTICE that on July 29, 2025, this Court entered a Final Default Judgment and Permanent Injunction (the "Default Judgment Order") (Dkt. 89). Paragraph 7 of the Default Judgment Order states that "[t]he bond posted by Plaintiff in the amount of $5,000.00 is hereby ordered released by the Clerk." *Id.* at p. 5.

Plaintiff respectfully requests that the Court enter the attached Disbursement Order releasing the $5,000.00 bond posted in this case on or around April 4, 2025.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order directing the Clerk to release the bond posted by Plaintiff in the amount of $5,000.00.

Dated: July 30, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Valeria Munoz*
Valeria Munoz (FL Bar No. 1059554)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8433
vmunoz@bsfllp.com

***Attorney for Plaintiff Tangle Inc.***