UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-21068-JB

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

## [PROPOSED] DISBURSEMENT ORDER

The Clerk is directed to disburse:

    The principal amount of Five Thousand Dollars ($5,000.00), which is the amount of the bond called by the Court and posted by Plaintiff on or around April 4, 2025;

    Plus all accrued interest

To Plaintiff's Counsel, made payable to:

    Boies Schiller Flexner LLP
    2200 Corporate Boulevard, NW, Ste. 400
    Boca Raton, FL 33431

Within three (3) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order, along with a copy of a Boies Schiller Flexner TIN Certification Form, to this Court's Financial Section.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**