UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-21068-JB

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

## DISBURSEMENT ORDER

The Clerk is directed to disburse the principal amount of Five Thousand Dollars ($5,000.00), which is the amount of the bond called by the Court and posted by Plaintiff on or around April 4, 2025, plus all accrued interest.

This may be made payable to Plaintiff's Counsel:

    Boies Schiller Flexner LLP
    2200 Corporate Boulevard, NW, Ste. 400
    Boca Raton, FL 33431

Within three (3) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order, along with a copy of a Boies Schiller Flexner TIN Certification Form, to this Court's Financial Section.

**DONE AND ORDERED** in Miami, Florida, this 31st day of July, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE