UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-21068-JB

TANGLE INC.,

    Plaintiff,
v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.
_____/

## ORDER OF DISMISSAL AGAINST DEFENDANT CF-GUUS

**THIS CAUSE** came before the Court on Plaintiff's Voluntary Dismissal of a Certain Defendant, ECF No. [94], in which Plaintiff dismisses this action without prejudice against Defendant CF-GUUS (Def. No. 23) only. The Court finds that dismissal of this Defendant is proper, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE against Defendant CF-GUUS only**.

**DONE AND ORDERED** in Miami, Florida this 21st day of August, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE