UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21068-JB

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT OF DEFENDANT NO. 67**

WHEREAS a default judgment was entered in the above action on July 29, 2025 [Dkt. 89], in favor of Plaintiff TANGLE INC., ("Plaintiff") and against the Defendant identified in the Schedule A attached thereto; Plaintiff desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant only:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 67 | TinkandHark | https://www.etsy.com/shop/TinkandHark |

Dated: September 17, 2025        Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Valeria Munoz*
Valeria Munoz (FL Bar No. 1059554)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8433
vmunoz@bsfllp.com

*Attorney for Plaintiff TANGLE INC*