**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 25-cv-21068-JB

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, TANGLE INC., ("Plaintiff"), and defendant Hshanshan (DOE 36) ("Hshanshan"), by and through undersigned counsel, hereby give notice of the parties' mutual agreement to amicably settle this matter. Accordingly, Hshanshan expects to file a Notice withdrawing its Motion for Reconsideration of the Preliminary Injunction [ECF No. 45] and its Motion to Dismiss the Complaint [ECF No. 58], and Plaintiff expects to file a notice voluntarily dismissing Hshanshan from this matter.

| | |
|---|---|
| Dated: November 20, 2025 | Respectfully submitted, |
| **THE LAW OFFICES OF JAMES LIU PLLC** | **BOIES SCHILLER FLEXNER LLP** |
| */s/ Jianyin Liu* <br> FBN: 1007675 <br> Jianyin Liu, Esq. <br> 15750 SW 92nd Ave Unit 20C <br> Palmetto Bay, FL 33157 | */s/ Valeria Munoz* <br> Valeria Munoz (FL Bar No. 1059554) <br> 100 SE 2nd Street, Suite 2800 <br> Miami, FL 33131 <br> Tel: (305) 357-8433 <br> vmunoz@bsfllp.com |
| ***Attorney for Defendants Hshanshan*** | ***Attorney for Plaintiff Tangle Inc.*** |