UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-21068-JB

Tangle Inc.,

    Plaintiff,

vs.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendant.

_____/

## NOTICE OF WITHDRAWING FILINGS

PLEASE TAKE NOTICE, that Hshanshan hereby withdraws its Motion for Reconsideration of the Preliminary Injunction [ECF No. 45] and its Motion to Dismiss the Complaint [ECF No. 58]

Respectfully submitted on Nov. 20, 2025 by,

/s/ Jianyin Liu

FBN: 1007675
Jianyin Liu, Esq.
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent via CM/ECF on Nov. 20, 2025