UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21068-JB

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

## ORDER REQUIRING NOTICE OF VOLUNTARY DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff, TANGLE INC., and Defendant Hshanshan's (DOE 36) Joint Notice of Settlement (the "Notice"). ECF No. [98]. Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The parties shall file a Notice of Voluntary Dismissal within **thirty (30) days** of the date of this Order. Failure to comply will result in dismissal of this case as it pertains to Defendant without prejudice and without further notice.

    2. If the parties fail to complete the expected settlement, either party may request the Court reopen the case.

    3. The Motion for Reconsideration of the Preliminary Injunction, ECF No. [45], and the Motion to Dismiss the Complaint, ECF No. [58], are denied as moot.

**DONE AND ORDERED** in Miami, Florida this 21st day of November, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**