UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-21068-JB

TANGLE INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendant.
_____/

## ORDER OF DISMISSAL AS TO A CERTAIN DEFENDANT

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [103], in which Plaintiff dismisses this action without prejudice as to Defendant No. 36, Hshanshan. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** but only as between Plaintiff and Defendant No. 36. The Clerk is directed to **TERMINATE** Defendant No. 36 from this case.

**DONE AND ORDERED** in Miami, Florida this 25th day of November, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE